UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, a Canadian insurance company,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>WESTERN AVIONICS, INC. d/b/a WESTERN AVIATION, a Washington corporation,<br><br>　　　　Defendant. | No. 2:16-cv-00252-SAB<br><br>**ORDER DISMISSING CASE** |

　　　The above-captioned case was filed on July 11, 2016. ECF No. 1. No answer has been filed. On July 11, 2017, the Court ordered Plaintiff to show cause as to why this action should not be dismissed for failure to prosecute. ECF No. 3. On July 20, 2017, Plaintiff filed a Motion for Order of Dismissal, ECF No. 4, requesting that the Court dismiss this matter with prejudice and without fees or costs to either party. Pursuant to Fed. R. Civ. P. 41(a), the Court dismisses this action with prejudice.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1. Plaintiff's Motion for Order of Dismissal, ECF No. 4, is **GRANTED**.

　　　2. The above-captioned case is **DISMISSED WITH PREJUDICE** and

**ORDER DISMISSING CASE** ∼ 1

without costs or fees to any party.

3. Any pending motions are **DISMISSED AS MOOT**.

4. All trial dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 27th day of July, 2017.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** + 2